

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F. #2016R01214

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 4, 2021

<u>By ECF</u>

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Hanan Ofer
                  <u>Criminal Docket No. 21-174 (DG)</u>

Dear Judge Gujarati:

        The government respectfully submits, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, a stipulated protective order that limits the disclosure of certain sensitive material in the above-referenced case. Due to the nature of the conduct at issue in this matter, unrestricted disclosure of those materials could result in the dissemination of personally identifying information of third parties and witnesses. Accordingly, the government and counsel for the defendant have jointly agreed to a stipulated protective order, which is attached hereto.

For the foregoing reasons, the government respectfully requests that the Court so-order the attached stipulated protective order.

        Respectfully submitted,

        MARK J. LESKO
        Acting United States Attorney
        Eastern District of New York

        By: /s/ Ryan C. Harris
        Ryan C. Harris
        Francisco J. Navarro
        Assistant United States Attorneys

        DEBORAH L. CONNOR
        Chief, Money Laundering and
        Asset Recovery Section
        Criminal Division
        U.S. Department of Justice

        By: /s/ Margaret A. Moeser
        Margaret A. Moeser
        Margaret Leigh Kessler
        Trial Attorneys

cc:    Anthony Capozzolo, Esq. (by ECF)
       Arthur Middlemiss, Esq. (by ECF)
       Clerk of the Court (DG) (by ECF)