**DOCKET NUMBER:** CR 21-CR-174 (DG)

## CRIMINAL CAUSE FOR VIDEO STATUS CONFERENCE

**BEFORE JUDGE:** Diane Gujarati USDJ    **DATE:** 7/8/2021    **TIME IN COURT** 11 MINS

**DEFENDANT'S NAME:** Gyanendra Asre    **DEFENDANT'S #:** 001
- ■ Present   ❏ Not Present   ❏ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** Patricia A Pileggi; G. Michael Bellinger,
- ❏ Federal Defender   ❏ CJA   ■ Retained

**DEFENDANT'S NAME:** Hanan Ofer    **DEFENDANT'S #:** 002
- ■ Present   ❏ Not Present   ❏ Custody   ■ Not in Custody

**DEFENSE COUNSEL:** Arthur D. Middlemiss
- ❏ Federal Defender   ❏ CJA   ■ Retained

**A.U.S.A.:** Ryan C Harris, Francisco J Navarro, Margaret Moeser

**CASE MANAGER:** Kelly Almonte

**COURT REPORTER:** Andronikh Barna

- ❏ Arraignment
- ❏ Change of Plea Hearing (~Util-Plea Entered)
- ❏ In Chambers Conference
- ❏ Pre-Trial Conference
- ❏ Initial Appearance
- ■ Status Conference
- ■ Video Conference
- ❏ Revocation of Probation non-contested
- ❏ Revocation of Probation contested
- ❏ Sentencing non-evidentiary
- ❏ Sentencing Contested
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-evidentiary

**UTILITIES**
- ❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter   ❏ ~Util-Indictment Un Sealed   ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines   ❏ ~Util-Set/Reset Deadlines/Hearings   ■ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** 7/8/21   **Speedy Trial Stop Date:** 9/9/21   **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   ❏ YES   ■ NO

**TEXT:** Video Status Conference as to Gyanendra Asre and Hanan Ofer held on 7/8/2021. AUSA Ryan C Harris for the Government. Margaret Moeser of the United States Department of Justice Money Laundering and Asset Recovery Section also present. Patricia Pileggi for defendant Gyanendra Asre. Arthur Middlemiss for defendant Hanan Ofer. Both defendants present and on bond. Both defendants consented to proceed remotely. For the reasons set forth on the record, the period from July 8, 2021 to September 9, 2021 was excluded from the computation of the time within which the trial of this matter must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). Next Video Status Conference set for 9/9/2021 at 11:00 AM.