

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH/MAM
F. #2016R01214

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 17, 2021

<u>By ECF</u>

The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Asre, et al.</u>
            <u>Criminal Dkt. No. 21-174 (DG)</u>

Dear Judge Gujarati:

      The government respectfully submits, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, a revised stipulated protective order addendum that limits the disclosure and use of certain materials in the above-referenced case related to reports filed with the U.S. Department of Treasury by financial institutions pursuant to the Bank Secrecy Act, 31 U.S.C. § 5311 <u>et</u> <u>seq</u>. The enclosed revised Stipulation and Addendum to Protective Order addresses revisions identified by the Court in its order dated December 13, 2021 related to the Stipulation and Addendum to Protective Order previously filed on December 8, 2021, <u>see</u> Dkt. No. 44.

For the reasons discussed in the government's previous submissions to the Court, see Dkt. Nos. 35, 43, the government respectfully requests that the Court so-order the attached Stipulation and Addendum to Protective Order, which has been signed by counsel for Mr. Asre and the government.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
Ryan C. Harris
Francisco J. Navarro
Assistant U.S. Attorney
(718) 254-7000

DEBORAH L. CONNOR
Chief, Money Laundering and
Asset Recovery Section
Criminal Division
U.S. Department of Justice

By:   /s/
Margaret A. Moeser
Margaret Leigh Kessler
Trial Attorneys
(202) 598-2345
(202) 307-0616

cc: All Counsel (via ECF)