# EXHIBIT A

# Letter of Support from Anat Ofer

DocuSign Envelope ID: C1BE9D00-8D36-4CFA-AD76-0CC42BFB8889

Anat Ofer
347 West 57 Street Apt #33C
New York NY 10019
917 743 1054
anatofer2000@yahoo.com

October 25, 2022

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Sentencing of Hanan Ofer
Case No: 21-cr-00174-DG-RER-2

To The Honorable Diane Gujarati,

I am Anat Ofer; Hanan's ex-wife. I live in Manhattan and work as a real
estate agent and have been with The Corcoran Group since 2003.
I am writing this letter to seek Your Honor's compassion because of
Hanan's immense value to our sons as a devoted father and as a man who
has faced so much adversity in his life.

I have known Hanan since the early 1990's, following an introduction by a
mutual female friend. We dated for a short time, married in 1993, and had
two boys, back to back , Dean and Dvir Daniel Ofer, ages 28 and 27
respectively.
Since we met, it was clear to us that we share the same values, and culture.
We share the values of hard work, excellence, education and giving to
others. We both shared the same experiences growing up. We also share the
same faith and mother tongue. It was clear to us that we wanted a family
from the start. We both came from a humble beginning and know that
hard work paves the way to success.

DocuSign Envelope ID: C1BE9D00-8D36-4CFA-AD76-0CC42BFB8889

We are proud parents of Dean and Dvir Daniel Ofer who both became young smart educated hard working individuals. Our oldest, Dean, got married 2 years ago at the age of 26 and our son Dvir Daniel Ofer will be proposing in a week or so. While he is certain about his future wife, he is concerned about the upcoming sentence for his father. In an intimate conversation I had with him, he asked if his father would be able to attend the wedding. How would I know? How can I reply without making empty promises that may not be a reality?

What I appreciate about Hanan's character is that he was always a dependable, dedicated father, and a dedicated son and brother-in-law to his sister-in-law Yafit Ofer, who passed away from cancer in 2015, a year following our separation. I also lost my father during the divorce process, two years following his sister-in-law's death.

Prior to her death, she made him promise her to take care of the children. There is no other male figure in the family to do so. The high cost of living and increasing inflation around the world had a huge impact on many Israeli citizens as well as these two orphans, whom Hanan feels committed and responsible for.

His sister-in-law was dependent on him for advice and guidance and sometimes financially ever since his brother was killed in a military flight accident in Israel on July 10, 1980. I had never known his brother, but I came into the Ofer family well knowing that there was a widow and two children.

Hanan never complained about his past, or the cards he was dealt in life and always strived to work harder and make the best of every situation. I came from a religious background and a large family of 7 kids. Being the oldest child, I grew up too quickly taking on huge responsibility early on in life. Hence, Hanan's background did not pose any dilemma, fear or hesitation on my part.

On the contrary, I appreciated his dedication to his family and saw him as the right candidate to be the father of my children. The care he displayed for his nephew and niece as though they were his own children touched my heart.

Our children looked up to him as well. He was a respectable banker for a long time, an entrepreneur and a fun dad who did not shy away from being physical with his boys and played basketball and baseball with them, as if he was their age. (He was 40 years old when he became a dad). To this day, they would consult with him about any issue and ask for his advice and guidance. Hanan's challenging years caused a rift between us, and our circle

DocuSign Envelope ID: C1BE9D00-8D36-4CFA-AD76-0CC42BFB8889

of friends. He lost his sister-in-law, his family, and his home, where I
remained living as part of our divorce agreement.


He has suffered from insomnia and other issues since his days in the Israeli
military and Yom Kippur War in 1973 when he was only 20 years old.
I remember years that he would talk about his army service in the Israeli
navy commandos, Flotilla 13, and the lack of distrust in the Israeli
government and especially Golda Meir who sent these young Israeli soldiers
to the battle field well knowing that they were not prepared.
He had been too proud to ask for help because then, it was not part of the
culture to display weakness; you had to appreciate you remained alive when
there was so much death around you.

I kindly ask that you find compassion in your heart as much as I was able to
and see the other causes that may have impacted his ill judgment and
actions. I plead with you to take into account his past, which still impacts his
present and consider his good deeds to his family, as well as to his late
brother's children.
I thank Your Honor for taking the time to read my letter and for your every
Consideration.


Respectfully,

*Anat Ofer*

Anat Ofer

# Letter of Support from Dean Ofer

Dean Ofer
250 Hutchinson Road
Englewood, NJ 07631

11/12/2022

Honorable Justice Gujarati,

My name is Dean Ofer, I am 28 years old and Hanan Ofer's oldest son. I married Jessica two years ago and I am a Senior Originator at Harborview Capital Partners.
My entire life, my dad has been the most reliable and consistent person that I could always depend on. Growing up in a family of four in New York City, life is inevitably busy however my dad was always available of giving the family quality time throughout each stage of my life growing up. Since I remember, my parents used to take my brother and me every summer to Israel to visit the family and my dad made a special effort that my brother and I will get to know his childhood background in Kibbutz Shamir (where my dad grew up), the moral standards he grew up on, the social justice in the Kibbutz where the income was shared equally between the members, and the love of cultivating the land. I grew up on my dad's stories about my grandparents' immigration from Europe to Israel after Hitler became Germany's leader, his military service in the Naval Commando Unit in the Israeli Navy, the war he experienced at the age of 20, being a sky air marshal agent for the Israeli government and the death of his older brother Chagai in a mission while serving as an air force pilot.

At 6-years old, I started to play in my first Softball League each Spring Sunday. I remember, no matter how busy my dad was, my dad never missed a Sunday game on the field from 6-years of age until I finished the league at 14 and put us as his priority. Also, he always volunteered to assist our coach.
My memories of his very involvement in basketball little league outside of school during my pre-teen years are mostly filled with memories of me, my dad, and my brother playing basketball at the YMCA, JCC, or Riverside Park basketball courts. He always played an active role in our love for the game and always did whatever was in his power to ensure my brother and I had all the resources necessary to chase our athletic dreams.

Besides his support of our athletic activities, he was passionate about Math and Sciences. As a more quantitative thinker, he always took an interest in our math and science curriculum at school and was more than happy to spend extra time with me reviewing homework together so that me and my brother not only understood the curriculum but emphasized the importance of applying our studies in everyday life.

I also remember our family attending every Saturday service at Temple Tifereth Yisrael, in the upper west side of New York where my parents volunteered and made their main charity contribution.

Looking back, I believe his biggest driver as a parent was to see his children passionate about something and to be able to provide his children with all the tools to work towards achieving that passion. As a lone Immigrant to the U.S with no resources coming in, it took him discipline, hard work, determination, and more importantly, passion to get where he is today. Everything my dad is as a person is disciplined, determined, and passionate.

My dad is one who still reads cover to cover the Wall Street Journal every morning and exercises 3-4 days a week for his healthy and balanced life, so he could still be our role model of old age as he approaches his 70th birthday next year. He is independent and cares for himself and these qualities he instilled in us at an early age. My dad's motto is "enjoy the process and take any failure as a lesson for a better future, and never forget to assist the less fortunate people" this motto will always be a part of my life and keep me stronger and wiser.

When I look at my dad, I can say that he embodies the American Dream and became such a die-hard American patriot.
I do not believe the American Dream nor the Judicial System to be broken.
Please let me know if you need any other information from me. My number is (646) 733-8520.


Respectfully,


Dean Ofer

# Letter of Support from Dvir Daniel Ofer

Dvir Daniel Ofer
347 West 57th Street
New York, NY 10019

November 13, 2022

Your Honor Justice Gujarati,

My name is Dvir Daniel Ofer and I am Hanan Ofer's second and youngest son. I am 27 years old and work in the private equity field as an associate at Fundamental Advisors. Prior to Fundamental Advisors, I was a consultant at Ernst & Young (EY) for two years in their Real Estate Advisory group. Prior to EY, I studied finance and information systems at Binghamton University and bible studies at a school in Jerusalem, Israel.

I would like to share a certain time of my life which I consider to be a time where my father demonstrated his selflessness and saved my life. Growing up between the ages of 10 and 16, I became extremely overweight and unhealthy to a point where I didn't think life was anything more than just food. It was a really rough point in my life that I did not think would ever have an end. However, at the start of my junior year of high school, my father decided he would use all his time and knowledge to help me get out of this terrible period in my life. He would be sure to always be home when I came back from school so that he can take me to the gym and educate me on lifting weights and exercise. Also, he would teach me what consisted of a good diet, such as the differences between complex and simple carbohydrates and the good fats vs. the bad fats. It was not easy to get someone like me 60 pounds' overweight to get into this lifestyle if it weren't for my father giving me all the time and patience in the world to help me get to my goal weight. Thankfully, after 6-8 months I went from 185 pounds to 125 pounds while gaining muscle in the process. After losing all that weight my life changed forever. My father showed me that if you put in the time and effort and stay the course you can achieve anything in life. This lesson helped me achieve many more goals in life and I owe it all to my father. Even till this day I have maintained the same exercise and diet regimen that my father taught me 10 years ago.

Another quality that I love about my father is his dedication and generosity towards the community. For example, the Bible teaches us to love your fellow neighbor and give back to the less fortunate. Throughout my childhood, I witnessed his generosity to the less fortunate and the importance of giving back. It was only until I started learning the bible that I understood why he took us to the Tifereth Yisroel Synagogue every Sabbath and donated money to supporting the congregation. Seeing my father set the example motivated me to currently donate out of each monthly paycheck to my college synagogue, Chabad of Binghamton in Vestal, NY.

Thank you for taking the time to read my anecdotes Your Honor Justice Gujarati.

Respectfully,

Dvir Daniel Ofer

# Letter of Support from Maayan Raz

Maayan Raz
Kibbutz Shamir
Upper Galilee
Israel
12135
+972 52 519 9184

March 1st, 2023

The Honorable Justice Gujarati:

My name is Maayan Raz and I am Hanan Ofer's niece and the daughter of Hanan's late brother Chagai Ofer.

I'm 47 years old, married, and have a ten-year-old son. I have now lived in Kibbutz Shamir for 3 years, a communal life settlement my grandparents established after World War II in the Upper Galilee, Israel where they raised their four children Rina, Chagai, Aldema, and Hanan. Living in the same kibbutz where my father grew up is so meaningful to me, and finding my father's footsteps here is a great joy for me these days.

I was four years old when my father, Chagai, died in a plane crash while serving as a pilot in the Israeli air force in 1980. My mother and I, along with my brother, suffered a lot when we lost him and neither of my grandparents was able to recover from the loss of their first son. As we grieved and thereafter, Hanan visited me and my family frequently in Israel from New York to provide the emotional support we needed so much. When he could not travel to Israel, Hanan very often called my family, as well as his elderly, grieving parents to ensure that we were all doing well. Growing up, I never knew my father, so I had so many questions about him, and Hanan took the time over the years to share the life story of my father with such love and care.

I remember, when I was five or six years old, I look forward to Hanan's call, and I've been asking him "When will you come and read me bedtime stories?" Even though Hanan could not come to Israel as often as I wished, he always kept his promise to call me every three nights and read me a bedtime story until I fell asleep.

I also remember, whenever Hanan visited me and my brother in Israel, he always brought a lot of toys when we were young, and later he brought the latest electronic gadgets from New York, like the Walkman, CD player, etc., and we were always excited when he visited.

Hanan was always my best friend and a loving uncle who supported and respected my decisions regardless of whether he agreed with them or not. Throughout my life, Hanan has also played a major role in helping me cope with my father's absence when I needed it most. In addition, Hanan has always been proud of me, especially when I volunteered in the Air Force and completed my military service in my early twenties.

The search for my father's trace has been an ongoing part of my life since I was five or six years old. In the kibbutz archive, I still found old records and photos of my father occasionally, which make me and Uncle Hanan so excited. Several days ago, I stumbled upon an old letter from my father to Hanan during the six days war in 1967, when my father was serving in the military and Hanan was 12 years old, hiding in shelters from bombing. I could see how much my father cared for his little brother. I shared this letter with Hanan and we enjoyed talking about it.

In the years since my father's passing, Hanan attended every year my father's memorial services in Israel, held by the Israeli government, and spent time with my family and me until 2018. Hanan's dedication to me and my family, as well as the love and care he shows for his family, always inspired me to admire him.

I would hope that this letter helps Your Honor to view my Uncle Hanan as a caring and good person that deserves consideration by Your Honor.

Respectfully and sincerely,

Maayan Raz

# Letter of Support from Mi Hwa Mun

Mi Hwa Mun
116 West 72nd Street, 7A
New York, NY 10023


October 30, 2022


**Honorable Diane Gujarati**
United States District Judge
**U.S. District Court, Eastern District of New York**
225 Cadman Plaza East
Brooklyn, NY 11201


To The Honorable Judge Diane Gujarati:


My name is Mi Hwa Mun, and I am writing this letter for Hanan Ofer, my husband standing before you for a sentencing hearing under case number 2021-cr-00174.

Born and raised in South Korea, I studied at Savannah College of Art and Design, Savannah, GA., and earned my Master of Fine Arts (M.F.A.) in fashion in 2007 with special award. I have been working as a fashion designer and now, Vogue M&N Inc., the fashion design service company I own and which I have been running since 2018 is in the final stages of closure. These days, my primary focus is on helping Hanan with his legal process since he will turn 70 next year and desperately needs someone who is organized along with his legal counsel.

Our first meeting took place in October 2017, and we got married in September 2020 at Carmel Town Hall, Mahopac, NY, before Judge Daniel Miller with two witnesses. Currently, we live in a small apartment (550 square feet) that Hanan has owned since 1986. In line with my belief, Hanan's humbleness and appreciation of the little things in life is an important part of who he is. Hanan has been influenced by his father's passion for music as a respected music teacher and conductor at his high school, Hanan loves arts, music, reading, nature, and other diverse topics that brought us together. In addition, Hanan enjoys a healthy lifestyle, cooking healthy food at home, exercise regularly and taking short walks along the riverside or the park.

It always makes me happy to hear Hanan's childhood story of witnessing so much love and respect between his parents, since I was raised by parents who were always resentful of each other. "Just like a father, just like a son." Hanan's gentle manner, patience, integrity, and beautiful friendship with his sons, have persuaded me to have him as my life partner, and he has proven it already. Sometimes I feel unworthy and depressed and Hanan's philosophical questions about me or my concerns always make me laugh and make me realize how pointless it is to focus on such negativity and I am inspired by that to keep moving forward.

Honorable Diane Gujarati
October 25, 2022
Page 2

I keep thinking about our second date, Hanan and I got into an elevator after dinner at a rooftop restaurant, and with many people getting into the elevator at once, we were shoved to the back. When I started to breathe heavily, Hanan blocked people and covered my eyes with his jacket without knowing that I have cluster phobia, saving me from public embarrassment or even fainting that night as I had cluster phobia that is triggered by a lot of people in front of me, regardless of closed or open spaces. He told me later that he had seen and saved many cases of cluster-phobic attacks deep inside the ocean in his years as a scuba diving instructor decades ago. In my lifetime, nobody knew how to handle my cluster phobia when it suddenly appeared. After that night, having Hanan around made me feel safe and I'm so grateful to have Hanan as my husband because his caring and reliable personality continually come out in daily life.

Hanan has been a wonderful husband and friend, who has always encouraged me to be myself without judgment, and I feel blessed and always motivated to take a different view of myself, and I sense he is genuinely curious about how I can improve.

Your honor, it is my sincere hope that this letter will allow you to understand Hanan as a man with a genuine and humble heart who deserves to be considered when he is sentenced.

Respectfully,

Mi Hwa Mun

# Letter of Support from Gidon Siterman

Gidon Siterman
6 Biranit Street
Kochav Yair 4486400
Israel

November 15th. 2022

To the Honorable Judge Gujarati,

My name is Gidon Siterman and I have known my good friend and brother at heart, Hanan Ofer for more than 45 years. I live in Israel and in the last 20 years, I was involved in the public sector as a General manager of the Transport Ministry of Israel and then the Chairman of the biggest seaport in Israel the Ashdod port. I am a CPA by trade and retired last year from my business activities. I am serving now as the Honorary Consul of Jamaica in Israel.

I met Hanan Ofer during a command course during our military service in the early seventies of the last century. I came from the infantry division and Hanan came from one of the most prestigious units in the army, the Naval Commando Unit.

Hanan and I had a lot of special moments together in which Hanan demonstrated leadership, stamina, determination, and most of all deep friendship on the front line.

After the military service, our ways parted, and we met again after several years in New York in 1982. I was then the Principal Assistant to the Israeli Finance Minister and Hanan has finished his studies and started to work as a professional at the Republic National Bank of New York.

In the years since our friendship has grown, and he knows my wife and four children very well, and our families are well acquainted. Hanan is always ready to help. We feel like brothers to each other and deeply connected since Hanan lost his brother in a plane crash while serving in the military and I never had one.

According to my own experience, Hanan Ofer is a trustworthy person with high values who embodies the best of human nature in his daily life.

My sincere hope is that your Honor takes into account this letter during the sentencing process. I believe that Hanan is honorable, generous, trustworthy, and a man with high moral standards.

Respectfully,

Gidon Siterman

# Letter of Support from Jean Josse

DocuSign Envelope ID: A9E502A3-0388-4985-91F1-5DF97B126E02

11/23/2022

Jean Josse

407 Lincoln Road #11L

Miami Beach, FL 33139


Dear Honorable Judge Gujarati,

My sincere thanks for your leniency towards Hanan Ofer are expressed in this letter…..

I have had the privilege to know Hanan Ofer since 2006. Hanan was my landlord from 2006 until 2018 in New York City. He was always responsive any time there were any issues in the apartment. At one time the floors became faded and Hanan was kind enough to resurface the entire floor. This was the extent to our landlord/tenant relationship.

In 2010 Hanan gave me the opportunity to manage a portion of his investments in the stock market. He began with a small investment which grew over the next 10 years. Hanan and I had countless discussions about the market and individual companies. We exchanged a lot of information during the 10 years in which he was my client. I learned some very important aspects of not only managing money about life in general. Hanan through our discussions inspired me to be hard working, focused, and most importantly disciplined in what is a very difficult job of managing risk in the stock market. Hanan shared with me stories in which he had to be very high-pressured scenarios when he was in the Israeli special forces. These scenarios involved many life-or-death situations. I was able to apply his knowledge of dealing with these types of scenarios to managing capital in a high pressured and uncertain environment.

Hanan and I developed a friendship as well over the years. He was very caring about personal situations regarding my wife and child. I would say Hanan's character is best described as honest, dependable, and consistent.


Sincerely,

DocuSigned by:

*Jean JOSSE*

5DCF65A157B6414…

Jean Josse

# Letter of Support from Jonathan Mason

Jonathan Mason
309 Carroll Avenue
Mamaroneck, NY 10543

November 14, 2022

Honorable Judge Gujarati,

My name is Jonathan Mason. I am semi-retired at this juncture of my life. The first
20+ years of my working life, the fun half, I was in banking. The second half of
my working life I have been self-employed in risk management and started a small
professional liability insurance brokerage for corporate management exposures.
Now I try to spend a few months out of the year in Florida where my primary
passion is diving wrecks and technical diving and fill the other time with my wife
of 38 years travelling with a particular passion for Spain.

I have known Hanan Ofer since 1983, shortly after when I began my banking
career at Republic National Bank of New York in July 1981. We got to know each
other when our respective positions in the bank allowed for close administrative
and operational cooperation. We made many marketing trips around the world
together, the Caribbean, Eastern and Western Europe, Russia post Gorbachev,
promoting the bank's foreign banknote and U.S. dollar supply and distribution
service. We worked with the Federal Reserve Bank of New York and the Secret
Service on counterfeit currency recognition and detection techniques and
counseled foreign central banks on the tools to combat this issue. New York
Magazine ran a story about the Bank's operations in this area during the late 1980'
into the early 1990's called Delta FL 31, The Money Plane.

I had succeeded in my career in large part to the support I received from Hanan as
a friend and a professional colleague. Hanan was the only person in my department
that was supportive when the other members of the marketing team lobbied to have
my position terminated at personal risk to his own career. My termination taught
me a lesson about friendship and the nature of politics in a corporate environment;
sometimes you cannot be too successful as to threaten others.

I can attest that Hanan Ofer is a person of high moral character and integrity and
believes in the rule of fairness. This is evidenced by how he raised his children to

be good citizens and productive members of society and his success in business as a first-generation immigrant from Israel.

Please accept this attestation on behalf of Hanan, my friend.


Sincerely,

Jonathan Mason

# Letter of Support from Jorge Mezzadra

Jorge A Mezzadra
4431 E Seneca Ave
Weston, Fl 33332

November 27, 2022

The Honorable Justice Gujarati,

It is my pleasure to write this character reference letter of Mr. Hanan Ofer whom I have known for over 25 years. I am currently employed by Claro Enterprise Solutions, a telecommunication company as a "C" level executive.

When I met Mr. Hanan Ofer in 1995, It was just a beginning of my career in the security industry at Brambles security services. During that time at Brambles and later at Prosegur Latin America, I was working closely with Hanan, who was the head of the logistics department for banknotes and precious metals at the Republic National Bank of New York.

In the years to come, Hanan not only became a good customer representing the bank but a friend as well. Since Republic National Bank of New York was one of the leaders in the field of valuable logistics around the world, I was communicating with Hanan daily, and throughout my career, Hanan became a mentor to me always striving for excellence. Due to the complexity of the physical valuable transactions business between banks globally, we were involved in a lot of security and logistics challenges. Hanan was looking constantly to follow-up with all the fine details, making him an extremely professional in the valuable's logistics' fields.

As part of my job at Brambles and later at Prosegur, I was engaging regularly with Hanan's employees in the Republic Bank where most of them were first-generation immigrants from Latin America and was impressed how Hanan enhanced their professional growth over the years and his keen eye of hiring talented, loyal, and motivated people regardless of their background or race.

I also had the pleasure of hosting his family in my house in Florida in 2002 and the families became friendly. I met his two children who had been raised with great values and education and spoke very highly of Hanan. As I told Hanan when he asked me to write a reference letter for him, I had no problem doing it, even more, I was very delighted to write it and express just a few memories of our professional history as well as our real friendship for over two decades. If you have any further questions or need references, please do not hesitate to contact me.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe that Hanan Ofer is an honorable individual who throughout his life gave so many people around him the opportunities to improve their lives.

Sincerely,

Jorge A Mezzadra

# Letter of Support from Joseph Ambrosino

Joseph Ambrosino
Friend and Past Professional Associate
16 Cortelyou Ave
Staten Island, NY 10312
November 26, 2022

The Honorable Justice Gujarati:
I am writing this letter as a character reference of Mr. Hanan Ofer whom I have known professionally and personally since 1996. I am a 75-Year-Old Retired Executive of the Armored Trucking and Logistics industry and have twice owned small businesses in the New York City Area. I am a United States Army Veteran having served in Japan, Korea and Vietnam from January 1967 to January 1969.

I consider Hanan a trusted and dear friend of the highest character. Hanan and I initially met through our Vendor / Client interactions while I was President of Rapid Armored Corp and Hanan was working with Rapid Armored client HSBC Bank handling mostly overseas transport of currency for the Bank. During this time, I got to know Hanan and found that we had many things in common such as both of us being veterans, he of the1973 Yom-Kippur war and his dedication and loyalty to our business and respective organizations. I found Hanan to be a tough businessperson who was supportive to his employees and friends while displaying high character impeccable integrity and fairness. I truly appreciated these attributes which strengthened our friendship. I can think of several occasions over the many years where I was seeking business advice and Hanan was the person I would reach out to for his trusted council. I also found that in social settings that it was his company that I enjoyed most in those settings as he was always pleasant and levelheaded.

In Conclusion I would like to say that I consider my relationship with Hanan as personal friend and professional associate one that I hope continues for years to come and I trust that He will always be an upstanding person that will always look to do what is right by his colleagues and friends and in dealing with what ever situation is put in front of him.

Sincerely,

Joseph Ambrosino

# Letter of Support from Manuel Recio

**Manuel Recio**
**8215 SW 72 Avenue, Apt 1111**
**Miami, FL 33143**

November 9, 2022

The Honorable Diane Gujarati
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States vs. Hanan Ofer**

Dear Honorable Judge,

It is with great enthusiasm that I am writing this letter to ask you for your lenience on behalf of Hanan Ofer. Hanan Ofer has pled guilty under case number 2021-cr-00174.   He now stands before you for sentencing.

I have known Hanan for 38 years, and I have been blessed to have him be part of my life as a mentor, boss, and friend.  I say this because I first met Hanan when I was 15 years old, and he was my mother's supervisor at Republic National Bank in New York City.  Hanan always treated my mother well and gave her opportunities that no one else would have ever given her.  My family immigrated from Cuba in 1968, so when Hanan gave my mother an opportunity to work as an assistant to the transportation department, it was a big deal. My mother's English was average at best, but Hanan believed in her and she was able to flourish in her position.  She worked for him for more than 20 years and he promoted her several times.  Because of this opportunity, my family was able to put me through school.  My mother still earns a pension from her time at the bank, and this has allowed her to live a good life after retirement.

In 1984, Hanan offered me a summer job at Republic National Bank as a courier.  Hanan was the head of the transportation department and supervised approximately 15-20 individuals.  In this capacity I was able to learn many critical things about responsibility and accountability.  Hanan always encouraged me to study hard in school and earn an education.  He taught me valuable things like investing and work ethic.  Hanan, was a role model to me because he was always the first person in the office and the last person to leave.  He took care of his employees and was always fair.  I continued to work at the bank during the summers and part time for the next 5 years.  Because of Hanan's leadership, I was able to graduate college, and become a Special Agent for the United States Drug Enforcement Administration.  I am a retired DEA agent and worked for the government for 22 years.

Hanan also gave my father a job when my family was struggling financially.  My father was an international courier for Hanan and because of this opportunity my family was able to pay the

bills and live in a middle-class home in Queens, New York.   Hanan's kindness and generosity was felt by me and my 3 sisters.

Hanan and I are good friends now, and in speaking to him about this incident, Hanan has expressed a deep regret in what he did and has continued to impress me as a role model by accepting responsibility for his misconduct and admitting that he made a mistake.  The case before you only represents a very small part of Hanan's life.  It is important to know that for much of his life, Hanan has done some incredible things for himself and others.  He is a great father to his two sons and a wonderful husband to his wife.  His involvement in this crime does not define who he is, and the many individuals who he affected, to include me and my family can attest that he deserves consideration by your Honor.

I am hoping that this letter helps your Honor see that Hanan is truly a good person, who deserves mercy by your Honor in deciding the appropriate sentence for him.  Please let me know if you need any other information from me.  My number is (305) 796-7463

Respectfully,

Manuel Recio

# Letter of Support from Maria Recio

Maria R. Recio
10403 SW 115 Place
Miami, Florida 33176


November 13, 2022


**Honorable Diane Gujarati**
United States District Judge
**U.S. District Court, Eastern District of New York**
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Honorable Diane Gujarati:

My name is Maria Recio and I am writing this character letter for Hanan Ofer, who is appearing before you for a sentence hearing under case number 2021-cr-00174.

I have known Hanan for approximately 43 years. I first met him, when he hired me at Republic National Bank of New York City in the 1980s. During that time, my family had just immigrated from Cuba and my late husband, Antonio, and I were raising 4 young children. It was a dream for me to be able to escape the wraths of communism and come to the United States to give my family the ability to live in a free and wonderful country. Hanan gave me a huge opportunity by offering me a position in the transportation department of the bank. Hanan was the supervisor of the department and hired me. I started working as the secretary for his department, but Hanan gave me the chance to grow professionally and promoted me several times during my time working for him for over 21 years.

In my time at the bank, he was an extremely good boss and person. Hanan understood that I was a mother raising 4 kids, and he always allowed me the space and compassion to juggle my personal life with my work life. My family struggled financially because we had just arrived from Cuba, and Hanan gave my husband, Antonio, a position at the bank working as a money courier. My husband was employed by Hanan for many years and because of the opportunities afforded to me and my husband, we were able to buy a house and raise our children. All four of my kids graduated from college, and I now receive a lifelong pension from the bank which has helped me live a comfortable post retirement life. I owe gratitude to Hanan for giving me and my husband a means to make all of this happen.

Honorable Diane Gujarati
November 13, 2022
Page 2

Hanan also gave my son, Manny, a part time job during his teenage years and my brother-in-law a job as a courier. I cannot begin to tell you the blessings that we all had for having Hanan be part of our lives. He obviously expected us all to perform our job duties, but the opportunity given to us all cannot be overlooked. In my time working for him, I saw his compassion because of the many additional opportunities he gave to all the personnel that worked for him. Hanan was well respected at the bank and demonstrated his leadership and kindness as a boss for the 20 plus years that I worked for him.

Hanan is a decent man with a big heart. He has always been there for me through the most difficult times of my life. He was there for me when I lost my mother and husband. We have been able to develop a lifelong friendship, and he has attended many family functions to include the weddings of my children. I also know Hanan to be a wonderful husband and father to his two sons.

Hanan asked me to write this letter to your Honor, related to his sentencing under the case referenced above. I am asking your Honor to consider all the wonderful things that he has done for me, my family, and others in deciding his sentence. I know Hanan regrets his participation in the crime that he has pled to, and his acceptance of responsibility is another example of his character. I am hoping, your Honor sees the man that I have seen throughout the years and show some leniency during his sentence. If you need any further information I can be reached at (561) 340-9541.

Sincerely,

Maria Recio

# Letter of Support from Murray Kirsh

Murray Kirsh
347 W 57 St, #31A
New York, NY 10019

November 10, 2022

The Honorable Justice Gujarati,

I am writing this letter as character reference of Mr. Hanan Ofer whom I have known quite closely for over 28 years.

I am seventy-six years old and am retired.  I am active as a Board Member for 24 years in a building in which I live on 57th Street in Manhattan.    I am a graduate of NYU Graduate Business School (MBA in accounting) and am a non- practicing CPA – NYS.

I have also in the past run my own business for 37 years and taught as an adjunct instructor in Queens College and Hofstra University.

All this is an indication that I have been exposed in my life to a variety of different people.

I am delighted to have been asked by Hanan Ofer for a reference.  I consider him a very good and highly reliable friend and a solid person that will only do the right thing and can be depended on when needed.

I met Hanan when my wife and I moved into the building we still live in.  We grew together as neighbors and friends and spent many a time in each other's apartment as well as outside, meeting in different places.

A favorite meeting place of ours has always been Central Park and a coffeeshop nearby.

I was always impressed by his concern and care as well as both the financial and emotional effort he put in to raise his two children to be right and do right.

Indeed, my wife and I have just attended his second son's engagement and met all the friends that both his sons have, and I was impressed again - all are by now adults working for various firms, after having graduated from the various colleges they attended.

It takes a responsible hard working dedicated father to produce young men whose guiding light is a person such as Hanan.   All his son's friends at the party came to greet Hanan because he was their basketball coach when they were in

high school.  Hanan volunteered to help coach them through the high school years – and they all loved him and came to thank him.

My personal knowledge of Hanan's character is built on having had hundreds of hours of discussions about Economics, philosophy, conduct, discussions about raising kids and what the world and United states direction should be like. Hanan was always knowledgeable and interested about doing right.
I can also add that Hanan is an unusually strong and dependable person. On a personal level he had gone through
some particularly tough times as he served in the Israeli army in an elite group in which character and smarts are highly tested.
 Some of us, myself included, have gone through personal grief and in such times sharing it with someone who understands makes all the difference. I commend Hanan for his understanding and empathy he has shown to my wife and I when we needed this.
Hanan lost a brother, very close to him ( an air force test pilot)  and I lost a son ( 4th year medical student).
They both  were young and died under unusual circumstances.  I believe that having gone through this makes a person stronger and empathetic.
In summary, I do believe that Hanan in any circumstance will do right.  That has been my experience with him for as long as I know him, and I strongly believe for the future foreseen.

Respectfully,

Murray Kirsh, MBA, CPA

# Letter of Support from Richard Lopez

Richard Lopez
35 Kingsland Avenue, Apt 2R
Brooklyn, NY 11211

Saturday, November 19, 2022

To The Honorable Justice Diane Gujarati,

United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Justice Gujarati,

My name is Richard Lopez, I am currently the VP First Line Advisory for Rabobank Wholesale North America where I serve as the subject matter expert for advising the client on-boarding staff on Client Due Diligence requirements pertaining to the U.S. and Dutch Laws in order to ensure alignment to both Global and Local Compliance policy and standards.

I've known Hanan Ofer for over 20 years, having met him in 1999 while interning for Republic National Bank of New York.  As a fresh college graduate with limited exposure to finance my assignment was ending, and I was struggling in securing a full-time employment in banking. Upon learning that a position had become available in the Logistics Department a mutual colleague suggested I speak to Hanan.  After a long extensive interview, we discussed my background, interest in geography and current events, how we were both alumni of the New York Institute of Technology and I believe he understood the obstacles I was facing and extended to me the job of Logistics Coordinator.

I worked for Hanan for the next 10 years at Republic National Bank of New York and its later acquisition by HSBC.  During this time, I was able to witness his dedication and loyalty to the organization and the Banknotes business.  In 2007, I was very fortunate to be promoted to deputy department manager where I worked closely with Hanan and learned first-hand of his knowledge in contract negotiation, insurance, security and transportation of banknotes and precious metals.  It was also during this time of working together where we developed a friendship and where I came to consider him a mentor.

Although a tough manager he was very supportive and concerned about the well-being and development of his employees.  He was also concerned with giving opportunities to employees he saw talent in.  The Logistics Department I was a part of at HSBC was a very diverse team, on the field he hired very senior experienced security personnel, and in the office, he hired employees of mostly Hispanic background.  It was a unique experience that I am very grateful to have been a part of.

Shortly after HSBC's decision to exit the Banknotes business in 2010, Hanan sat down with me to discuss my future and figure out what my next steps would be.  He encouraged me to continue my education and seek a future in regulatory compliance, pointing me to a certification program at Pace University.  It was through that program and the business acumen that I acquired working under the guide of Hanan Ofer, that I have been able to advance my career in the Client On-boarding space in Banking.

Hanan is a good person.  I truly believe his wrongful actions is a departure of what is normal of his character.  He has demonstrated, integrity and fairness during the time I have known him.

Thank you, your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence.  I stand at your service and ready to offer further support to Hanan as he may require.

Respectfully,

Richard Lopez

# Letter of Support from Sean Meenan

# CAFÉ HABANA INC

October 25, 2022

Honorable Judge Diane Gujarati                    **VIA HAND DELIVERY**
C/O Hanan Ofer
116 W. 72nd St Apt 7A
New York, NY 10023

**Re: Hanan Ofer**

TO THE HONORABLE JUDGE DIANE GUJARATI:

I have known Mr. Ofer since 1997 when he managed the building at Elizabeth street in New York City where Hanan is a minor partner and I was applying to rent a commercial space in the building.

Although there were a number of more experienced and wealthy applicants for the space, Mr. Ofer decided to rent the space to me after we met a couple of times. Mr. Ofer said that he believed in the energy and entrepreneurial spirit that I would bring to the neighborhood. Mr. Ofer also recognized the importance of showing respect to those people who came before me and knew that I would always do my best to help maintain the neighborhood's fabric.

Over the years since 1997, we became friends while keeping the commercial relationship intact. During that time, we worked together to build an institution in Café Habana that hopefully made a lasting positive impact on New York City and its residents.

When the COVID-19 pandemic struck, it devastated Café Habana's business. To his credit, Mr. Ofer served as Landlord representative and managed the situation in a way that allowed Café Habana to continue to operate and serve the neighborhood during a time of extreme need. Mr. Ofer demonstrated the utmost fairness during this uncertain, desperate period and I am appreciative to him for it.

Mr. Ofer gave me the opportunity that changed my life and I will always be appreciative to him for doing so. I hope that he is treated with fairness and given an opportunity to do the same.

Very Truly Yours,

Sean Meenan

# Letter of Support from Shalom Rebibo

Shalom Rebibo
340 W. 71st. Street
New York, NY 10023

November 10th, 2022

To The Honorable Justice Gujarati:

It is with pleasure that I write this reference letter on behalf of Hanan Ofer who has been a dear friend of mine for 21 years.

I am currently an owner and operator of a locksmith business I started in Manhattan in 1987. I am also raising four children with my wife, and I attend my Synagogue's morning service every day.

I met Hanan at a parents' orientation at Manhattan Day School in 2001, where Hanan's youngest son, Dvir, attended first grade with my oldest son, Jonathan. From the very beginning, Hanan and I shared a common interest in life. As I closely watched Hanan's relationship with his two sons, Dean and Dvir, over the years, I was impressed how dedicated Hanan was to his kids. I remember, for 8 years, Hanan volunteered as an assistant softball and basketball coach where both of his sons played, as a fully supportive father of their athletic interests.

Although Hanan did not grow up in a religious family, I appreciated his respect for the Jewish religion, and he sent the two boys to a religious school. Later, by his sons' influence, Hanan attended Saturday services with them at Tiferet Yisrael Synagogue for many years.

Hanan and I have been communicating almost every week for more than 20 years as good friends, and even our kids have developed close friendships with each other ever since they met. We enjoy chatting about international politics, the economy, the stock market, building management issues (we both manage buildings), and family matters. Hanan's youngest son, Dvir, recently got engaged, and I will be attending his wedding next year.

Throughout the years, I have known Hanan to be a reliable, hard-working, and principled person, and I look forward to continuing to communicate with him for many years to come.

I hope this letter shows Hanan's positive attitude toward life, dealing fairly with people around him and that his good heart will be found in the process of his sentencing.

Respectfully,

Shalom Rebibo

# Letter of Support from Yoram Yogev

Yoram Yogev
3500 Mystic Pointe Drive Apt 3006
Aventura, FL 33180
Cell:305 409 6999

October 25th. 2022

To: Justice Gujarati

My name is Yoram Yogev and I have known my personal friend, Hanan
Ofer since the early 80's. The click between us happened when we met in
a social event in New York City.
Our conversations concentrated mainly on world politics, the economy, and
as immigrants, our new future life in the USA.

I can recall two occasions in which Hanan demonstrated his commitment to
our friendship.
While I was going through very serious financial difficulties that threatened
my marriage in the early 90's, Hanan on his own volition, offered to lend me
$10,000. Hanan never requested any guarantee for the loan, did not ask for
any interest and did not specify when the loan should be paid back.

On another personal occasion, Hanan stood by me when I experienced a
very hard time. My wife, Elian, had a mastectomy, from which she finally
died after twenty-four years of battling the disease.
During that period, my wife and I had good and very bad years that we
needed emotional support and Hanan was there for us almost on a
daily basis including regular visits to the hospital where my wife was
hospitalized.
During the last eight years since my wife succumbed to her disease,
Hanan helped me out on many occasions to battle a variety of personal
problems, especially loneliness.
After forty years of knowing Hanan intimately, humbleness, fairness in
dealing with business and other people characterize him the best.

Sincerely,

Yoram Yogev

# Letter of Support from Zeev Kirsh

Zeev Kirsh Esq.
347 West 57th Street (20E)
New York , NY 10019


November 20, 2022


To The Honorable Justice Gujarati:

It is my pleasure to write this good character letter on behalf of Hanan Ofer, who has been my good friend for nearly 30 years, since 1993. It has been a pleasure to speak with him regularly over those years as a friend and confidant.

As a long-term resident owner of the building where I have lived for the majority of my life, Hanan has been an excellent and upstanding member of the community. Two of his sons have become excellent and accomplished men as a result of his guidance. His friendship has been a source of great comfort to me for many years.  My first contact with Hanan took place while I helped him watch his young sons in a small but close-knit apartment in Manhattan. Throughout his life, he has been a great father and his sons are successful, productive members of society, working, and one of them is married. I have known his two sons and watched them grow up over time, they're two great empathic kids, productive and extremely hardworking.

The friendship between Hanan and me has continued throughout the years, and my family as well friendly with him. My parents meet with him regularly as a friend and remain on excellent terms with him to this day. While Hanan now lives near us and does not live in our building, he was always very social and on good terms with everyone in the building when he lived here for over twenty years. A particular memory I have of Hanan is helping my family mourn the unexpected death of my brother in 1999. At that time, he was a very helpful influence on my parents, consoling and supporting them.

Hanan himself has also gone through a great loss, similar to ours. A highly unfortunate crash that occurred when he was younger, took the life of his older brother that was an air force pilot. Hanan has served in the Israeli military as a Navy Seal, and he also carries the honor and dignity as his late brother. Hanan and I have bonded over this common loss, and I know that he is a sensitive and reposed person who is a source of support to others in general. Hanan continues to be a very disciplined and serious attitude toward his personal relations with others ensuring a high level of personal integrity in his dealings.

As for me, I am an Attorney in good standing with NYS for 14 years. I know and believe from my countless personal discussions and interaction with Hanan, over decades, that Hanan always strives to be honest and fair in his dealings with others. He aims to be open and forthright, and he is always deeply concerned with his reputation for integrity amongst his peers and his community.


Respectfully,


Zeev Kirsh